UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE CARRILLO,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | No. 2:24-cv-01215-DAD-SCR<br><br>ORDER REMANDING ACTION TO THE SAN JOAQUIN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 29) |

On February 26, 2024, plaintiff Bernice Carrillo filed the putative class action complaint initiating this action in the San Joaquin County Superior Court against defendant Lowe's Home Centers, LLC. (Doc. No. 1-3 at 6.) On April 26, 2024, defendant filed a notice of removal in this federal court on the basis of the Class Action Fairness Act stating that this court has original jurisdiction over the action because the amount in controversy exceeds $5 million, at least one class member is diverse from one defendant, and the putative class includes more than 100 members. (Doc. No. 1 at 10–11.)

On October 6, 2025, the parties stipulated to remand this action back to the San Joaquin County Superior Court where this action was originally filed. (Doc. No. 29 at 3.) In their stipulation, the parties state that they reached a settlement agreement after engaging in private

/////

1

mediation and now agree that this action should be remanded to the San Joaquin County Superior Court. (*Id.*)

Accordingly, pursuant to the stipulation of the parties and good cause appearing, this action is REMANDED to the San Joaquin County Superior Court. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **October 7, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2